## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott and Rhonda Maki, on behalf of their minor child, C.K.M.,

Plaintiffs,

v.

Minnesota State High School League and Craig Perry, individually and in his official capacity,

Defendants.

Civil No. 16-cv-4148 (MJD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Waiver of Security [Doc. No. 2] is **DENIED.**

Dated:  January 11, 2017         s/Michael J. Davis
                                 MICHAEL J. DAVIS
                                 United States District Judge