UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott and Rhonda Maki, o/b/o their minor child, C.K.M., <br><br> Plaintiffs, <br><br> v. <br><br> Minnesota State High School League, and Craig Perry, individually and in his official capacity, <br><br> Defendants. | Case No.: 16-CV-4148 (MJD-HB) <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs C.K.M., a minor child, by and through her parents and guardians, S.M. and R.M., and Defendants Minnesota State High School League and Craig Perry, through their respective counsel of record, that the above-entitled causes of action between these parties may be, and the same hereby are, dismissed without prejudice and without further costs to any of the parties hereto.

The Court may immediately cause an Order for Dismissal Without Prejudice to be filed herein, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay of entry of judgment.

Dated: April 13, 2017

**KANE EDUCATION LAW, LLC**

_____
Margaret O'Sullivan Kane (#220243)
420 Summit Avenue
Suite 306
Saint Paul, Minnesota 55102
651.222.8611
mkane@kaneeducationlaw.com

**ATTORNEY FOR PLAINTIFFS**


Dated: April 13, 2017

**KELLY & LEMMONS, P.A.**

_____
Kevin M. Beck (#389072)
223 Little Canada Road East, Suite 200
Little Canada, Minnesota 55117
651.224.3781
kbeck@kellyandlemmons.com

**ATTORNEY FOR DEFENDANTS**